IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HOPEWELL, LLC,

      Petitioner,

v.

CAUSSEAUX, HEWETT &
WALPOLE, INC., a Florida
corporation,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1723

Opinion filed September 16, 2014.

Petition for Writ of Certiorari—Original Jurisdiction.

Peter A. Robertson, Erin Rohan Smith, and William Douglas Stanford, Jr., of The Robertson Firm, St. Augustine, for Petitioner.

Jay Donald O'Sullivan and Sally H. Seltzer of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for Respondent.

PER CURIAM.

      Because petitioner has failed to show the trial court's order caused petitioner irreparable harm that cannot be remedied on appeal, we dismiss the petition. See Riano v. Heritage Corp. of S. Fla., 665 So. 2d 1142, 1144 (Fla. 3d DCA 1996); Patterson v. Whitehead, 360 So. 2d 1136 (Fla. 1st DCA 1978).

      PETITION DISMISSED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.